UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 01-80361
HON. GEORGE CARAM STEEH

DANIEL TYRONE MCNEIL,

    Defendant.
_____/

### ORDER DENYING MOTION "SEEKING APPEAL" (DOC. # 257)

On October 1, 2012, *pro se* federal prisoner Daniel McNeil's filed a document he entitled "Motion Seeking Appeal to 6th Circuit Court of Appeals in 'Forma Pauperis'" (Doc. # 257). He stated that he wished to appeal the court's decision "if the ruling in the reconsideration is not granted in his favor."

Mr. McNeil's "motion seeking appeal" was filed prior to this court's ruling on his motion for reconsideration, which the court has recently denied. Under Fed. R. App. P. 4(b)(1)(A)(i), a criminal defendant's notice of appeal must be filed in the district court within 14 days *after* the entry of the criminal judgment or order. That time began to run upon entry of the court's order denying Mr. McNeil's motion for reconsideration.

Accordingly, the motion is DENIED. Mr. McNeil may file a notice of appeal within the time limit prescribed by the federal rules.

IT IS SO ORDERED.

Dated: April 2, 2013

                                                        s/George Caram Steeh
                                                        GEORGE CARAM STEEH
                                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 2, 2013, by electronic and/or ordinary mail and also on Daniel Tyrone McNeil #29457-039, FCI Terre Haute, P.O. Box 33, Terre Haute, IN 47808.

s/Barbara Radke
Deputy Clerk